87 A.3d 807

**Michael GIBBS, Petitioner**

v.

**PHILADELPHIA DISTRICT ATTORNEY'S OFFICE, Respondent.**

**No. 7 EM 2014.**

Supreme Court of Pennsylvania.

March 21, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of March, 2014, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Habeas Corpus is **DENIED WITHOUT PREJUDICE** to Petitioner to file a similar petition in the Court of Common Pleas of Philadelphia County.